IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LANCE LUSCH,<br><br>                Defendant. | 8:16CV447<br><br>ORDER |

This matter is before the Court on the Motion for Civil Contempt, ECF No. 12, filed by Plaintiff United States of America. On September 28, 2016, the United States filed a Petition to Enforce an Internal Revenue Service summons, ECF No. 1. The Court granted the petition and ordered the Defendant Lance Lusch to appear before the IRS to comply with the summons. ECF No. 9. The IRS informed Lusch of a date, time, and location for him to appear to comply with the summons. Lusch did not appear and did not comply with the summons. ECF No. 12. Accordingly,

    IT IS ORDERED:

1. Defendant Lance Lusch is ordered to appear before Chief United States District Judge Laurie Smith Camp in the District Court of the United States for the District of Nebraska, in Courtroom No. 2, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska on **March 23, 2017, at 1:00 p.m.** to show cause why he should not be adjudged in civil contempt. **If Lusch fails to appear as ordered, he may be taken into custody until such time as he purges himself of contempt**; and

2. The Clerk is directed mail a copy of this Order to Defendant Lance Lusch at the following address:

        Mr. Lance Lusch
        7415 South 41st Street
        Bellevue, NE 68147

Dated this 1st day of March, 2017.

                                         BY THE COURT:

                                         s/Laurie Smith Camp
                                         Chief United States District Judge